# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| GLENN WINNINGHAM § <br> § <br> v. § <br> § <br> CORY BLOUNT, et. al. § <br> § | CIVIL ACTION NO. 3:22-CV-1752-S-BH |

## ORDER

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The plaintiff's Application to Proceed In District Court Without Prepaying Fees or Costs (Long Form), filed on October 14, 2022 (doc. 36), is **DENIED**. The case will be dismissed by separate judgment for failure to prosecute or comply with court orders.

**SO ORDERED**.

SIGNED December 13, 2022.

_____
UNITED STATES DISTRICT JUDGE