# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| GLENN WINNINGHAM | § |
| | § |
| v. | § CIVIL ACTION NO. 3:22-CV-1752-S-BH |
| | § |
| CORY BLOUNT, et al. | § |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. *See* ECF No. 66. Objections were filed. The District Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, Plaintiff's Demand to Re-Open Case [ECF No. 65] is liberally construed as a motion seeking relief from judgment under Federal Rule of Civil Procedure 60(b), and it is **DENIED**.

Further, because of Plaintiff's continued frivolous, repetitive, or otherwise abusive post-judgment filings, the Clerk's Office is **INSTRUCTED** to docket any future pleadings in this case for administrative purposes only and terminate them. No action will be taken on those filings. Plaintiff is also **WARNED** that continued frivolous post-judgment motions in this case could

subject him to sanctions, including monetary sanctions and a bar on additional filings in this district, unless he first obtains leave of court and pays the applicable filing fee.

**SO ORDERED.**

SIGNED December 6, 2023.

_____
**UNITED STATES DISTRICT JUDGE**

2